IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYREE LAWSON | : | CIVIL ACTION |
| v. | : | |
| RYAN MCNAMARA, et al. | : | NO. 10-0382 |

ORDER

AND NOW, this 12th day of November, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Ryan McNamara to dismiss the complaint as to him is GRANTED;

(2) the motion of defendant Thomas Kee to dismiss the complaint is GRANTED insofar as Lawson is challenging his underlying convictions;

(3) the motion of Kee for summary judgment as to the excessive force claim of plaintiff is GRANTED; and

(4) the motion of plaintiff Tyree Lawson for summary judgment is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
C.J.